**403 - 4th Floor Courtroom, 1:30 P.M.**                         **Tuesday, March 19, 2024**

**Boggs, Moore, Gibbons**

**23-5300 & 23-5301   Zillow, Inc. v. Thomas Miller, et al.**

| | | |
|---|---|---|
| American City Business Journals, Inc., et al. | ret | Michael Patrick Abate<br>*7 Min / 3 Min Rebuttal* |
| **Intervening Plaintiffs - Appellants [23-5300]**<br>**Intervening Plaintiffs - Cross-Appellees [23-5301]** | | |
| Zillow, Inc. | ret | Darren W. Ford<br>*Arguing 2nd – 10 Min* |
| **Intervening Defendant - Appellee [23-5300]**<br>**Plaintiff - Cross-Appellant [23-5301]** | | |

**V.**

| | | |
|---|---|---|
| Thomas B. Miller, et al. | ret | Richard William Bertelson, III<br>*Arguing 3rd – 10 Min* |
| **Intervening Defendants - Appellees [23-5300]**<br>**Defendants - Appellees [23-5301]** | | |

*Leon Korotko, Courtroom Deputy*

Plaintiff and intervenor plaintiffs cross-appeal the district court's judgment denying in part plaintiff's motion for summary judgment and the denial of plaintiff's post-judgment motion in this action challenging the constitutionality of a Kentucky statute imposing an increased cost on entities using tax roll files for commercial purposes.   (10 Minutes for Intervening Plaintiffs; 10 Minutes for Intervening Defendants; 10 Minutes for Defendants-Appellees)