UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5300, 5301**

Case Title: **Zillow, Inc.** vs. **Thomas Miller, et al.**

List all clients you represent in this appeal:

**The Commonwealth of Kentucky**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Daniel J. Grabowski**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John H. Heyburn**    Signature: s/ **John H. Heyburn**

Firm Name: **Office of the Kentucky Attorney General**

Business Address: **700 Capital Avenue, Suite 118**

City/State/Zip: **Frankfort, Kentucky 40601**

Telephone Number (Area Code): **(502) 696-5300**

Email Address: **Jack.Heyburn@ky.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---