UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 23-5300/5301

ZILLOW, INC.,

    Plaintiff - Appellee/Cross - Appellant,

v.

THOMAS B. MILLER, Commissioner of the Kentucky Department of Revenue; BRAD MCDOWELL, Property Valuation Administrator for Shelby County, Kentucky; KELLIE LANG, Property Valuation Administrator for Franklin County, Kentucky; JASON SCRIBER, Property Valuation Administrator for Henry County, Kentucky; BLAKE ROBERTSON, Property Valuation Administrator for Owen County, Kentucky; JILL M. MAHONEY, Property Valuation Administrator for Trimble County, Kentucky; JADA BRADY, Property Valuation Administrator for Clark County, Kentucky,

    Defendants - Appellees (23-5300),

KENTUCKY PRESS ASSOCIATION, INC.; AMERICAN CITY BUSINESS JOURNALS, INC., dba Louisville Business First,

    Intervenor Plaintiffs - Appellants/Cross - Appellees.

**FILED**
Jan 16, 2025
KELLY L. STEPHENS, Clerk

Before: BOGGS, MOORE, and GIBBONS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Frankfort.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's grant of partial summary judgment to Zillow is REVERSED, the permanent injunction entered by the district court is VACATED, and the case is REMANDED with instructions to grant summary judgment to Defendants-Appellees.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk