**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 16, 2025

Mr. Michael Patrick Abate
Kaplan, Johnson, Abate & Bird
710 W. Main Street
Suite 400
Louisville, KY 40202

Mr. Richard William Bertelson III
Office of Legal Services for Revenue
Kentucky Finance and Administration Cabinet
P.O. Box 423
Frankfort, KY 40602-0423

Mr. Darren W. Ford
Ford Law
312 Walnut Street
Suite 1600
Cincinnati, OH 45202

Mr. Daniel John Grabowski
Office of the Attorney General of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. John C. Greiner
Faruki
201 E. Fifth Street
Suite 1420
Cincinnati, OH 45202

Mr. John Hail Heyburn
Office of the Attorney General of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Taylor Payne
Office of the Attorney General of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Burt Anthony Stinson
Kaplan, Johnson, Abate & Bird
710 W. Main Street
Suite 400
Louisville, KY 40202

Ms. Laura Crittenden Tipton
Office of the Attorney General of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

                  Re:  Case Nos. 23-5300/23-5301, *Zillow, Inc. v. Thomas Miller, et al*
                         Originating Case No. : 3:19-cv-00049

Dear Counsel,

    The court today announced its decision in the above-styled cases.

    Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                                  Yours very truly,

                                                  Kelly L. Stephens, Clerk

                                                  Cathryn Lovely
                                                  Deputy Clerk

cc:  Mr. Robert R. Carr

Enclosures

Mandate to issue.